JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN J. WEAR, an individual, and VIRGIL WEAR, individually and as guardian and on behalf of JUSTIN J. WEAR,<br><br>      Plaintiff,<br><br>vs.<br><br>MAUREEN E. WEAR, an individual; and LEE GILES and MRS. LEE GILES, husband and wife, individually and their marital community; and CITY OF TACOMA, TACOMA POLICE DEPARTMENT,<br><br>      Defendants. | NO. C07-5023 RBL<br><br>STIPULATION AND ORDER FOR REMAND |

COMES NOW the parties and stipulate to remand this matter back to the Pierce County Superior Court. The parties hereby agree that remand is appropriate, in light of stipulations reached by the parties, and all parties shall

bear their own costs for the removal of this matter to this court and for the remand back to the Pierce County Superior Court.

DATED this 30th day of March, 2007.

| ELIZABETH A. PAULI, | LAW OFFICE OF |
|---|---|
| City Attorney | JAMES J. RAFFA |

By: /s/  
JEAN P. HOMAN  
WSBA # 27084  
Assistant City Attorney  
Attorney for City of Tacoma

By: /s/  
JAMES J. RAFFA  
WSBA # 20394  
Attorney for Plaintiffs

HESLOP, KAHLER & GILES

By: /s per electronic approval  
AMY K. KAHLER  
WSBA #37198  
Attorney for Defendant Giles

/ / /

/ /

/

/

...

**ORDER**

Based on the above stipulation,

IT IS HEREBY ORDERED that this matter will be remanded in its entirety to Pierce County Superior Court Cause No. 05-2-05584-2.

DATED this 2nd day of April, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

ELIZABETH A. PAULI, City Attorney


By:   /s/
      JEAN P. HOMAN
      WSBA #27084
      Assistant City Attorney
      Attorney for Def. City of Tacoma

Approved as to form; Notice of
Presentment Waived:


By:   /s/
      JAMES J. RAFFA
      WSBA #20394
      Attorney for Plaintiff

Approved as to form; Notice of
Presentment Waived:


By:   /s per electronic approval
      AMY K. KAHLER
      WSBA #37198
      Attorney for Defendant Wear